UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DWAYNE E. MARKSON,<br>Plaintiff,<br>v.<br>EIGHTH JUDICIAL DISTRICT COURT,<br>Defendant. | Case No. 2:26-cv-02393-MMD-BNW<br><br>ORDER |

Pro se Plaintiff Dwayne Markson filed an initial application to proceed *in forma pauperis* ("IFP") (ECF No. 1) and a complaint (ECF No. 1-1 ("Complaint")). The Court denied Plaintiff's initial application to proceed IFP without prejudice because Plaintiff failed to explain why he could not afford the filing fee. (ECF No. 4.) Plaintiff then filed a second application to proceed IFP. (ECF No. 5). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda N. Weksler, recommending that Plaintiff's second IFP application be granted and that his Complaint be dismissed for failure to state a claim. (ECF No. 6.) Plaintiff had until September 1, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). In the R&R, Judge Weksler found that Plaintiff cannot pay the filing fee and accordingly recommended that Plaintiff's IFP application be granted. (ECF No. 6 at 1.) Judge Weksler next screened Plaintiff's Complaint, alleging violations of Nevada criminal statutes, and determined that Plaintiff failed to state a claim with a

private right of action. (*Id.* at 2-3.) Judge Weksler recommended dismissal with prejudice. (*Id.* at 3.) The Court agrees and will adopt Judge Weksler's recommendations.

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that Plaintiff's second application to proceed *in forma pauperis* (ECF No. 5) is granted.

It is further ordered that the Clerk of Court file Plaintiff's Complaint (ECF No. 1-1).

It is further ordered that Plaintiff's Complaint is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 18th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE